AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>James Wayne Maryanski<br>DOB: XXXXXX<br><br>Defendant(s) | Case: 1:23-mj-00219<br>Assigned To : Harvey, G. Michael<br>Assign. Date : 8/21/2023<br>Description: Complaint W/ Arrest Warrant |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the
_____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) and (b) | - Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon; |
| 18 U.S.C. § 231(a)(3) | - Civil Disorder; |
| 18 U.S.C. § 1752(a)(1) | - Entering and Remaining in a Restricted Building or Grounds; |
| 18 U.S.C. § 1752(a)(2) | - Disorderly and Disruptive Conduct in a Restricted Building or Grounds; |
| 18 U.S.C. § 1752(a)(4) | - Engaging in Physical Violence in a Restricted Building or Grounds; |
| 40 U.S.C. § 5104(e)(2)(E) | - Obstruct, or Impede Passage Through or Within, the Grounds or any of the Capitol Buildings; |
| 40 U.S.C. § 5104(e)(2)(F) | - Act of Physical Violence in the Capitol Grounds or Buildings; |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __08/21/2023__                                          _____
                                                              Judge's signature

City and state:  __Washington, D.C.__           G. Michael Harvey, U.S. Magistrate Judge
                                                              Printed name and title