**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case: 1:23-MJ-00219 (GMH)** |
| | : | |
| **v.** | : | **Judge G. Michael Harvey** |
| | : | |
| **JAMES WAYNE MARYANSKI** | : | **Status Date: December 5, 2023** |

**<u>MOTION TO APPEAR PRO HAC VICE</u>**

The defendant, Mr. James Wayne Maryanski, through undersigned counsel respectfully requests that Louis R. Busico, 133 N. State Street, Newtown, Pennsylvania 18940, be admitted to appear *pro hac vice* in this matter in the capacity of counsel. In support of the Motion, undersigned counsel submits the following upon information and belief:

1. The Defendant, James Wayne Maryanski, expressly requests that Louis R. Busico appear as counsel on behalf of Defendant.

2. Attorney Louis R. Busico states that he has read and understands the Standing Orders and Local Rules of the United States District Court for the District of Columbia and hereby submits his notarized Application for Admission (attached hereto as Application for Admission).

3. Louis R. Busico hereby submits an affidavit (attached hereto as Exhibit A) with regard to his practice of law in the in the state of Pennsylvania, the state of New Jersey, the United States District Court for the Eastern District of Pennsylvania, the United States Court of Appeals for the Third Circuit, and the Supreme Court of Pennsylvania.

4. At no time has Louis R. Busico been held in contempt by any court or reprimanded in any manner by a State Bar Association or court and is currently in good standing with the Eastern District of Pennsylvania (Certificate of Good Standing, Exhibit B).

5. Louis R. Busico, counsel for the Defendant, will appear in all matters in reference to this case when necessary. Undersigned counsel, G. Michelle Stevens, 503 D St NW Suite 250, 202-695-2836, has agreed to sponsor Louis R. Busico, as local counsel.

6. The admission of Louis R. Busico to appear as counsel *pro hac vice* will neither hinder nor delay this matter.

**WHEREFORE**, for the reasons stated above, as well as any other reasons that become apparent to the Court, the defense respectfully requests that the Court grant this Motion and enter an Order permitting Louis R. Buisco to be admitted as counsel in this matter and to appear *pro hac vice*.

November 28, 2023                          Respectfully submitted,

/s/ Michelle Stevens
G. Michelle Stevens, D.C. Bar No. 1008788
503 D Street, NW, Suite 250
Washington, DC 20001
Tel: (202) 695-2836