UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CASE NO. 23-mj-219 |
| : | |
| JAMES WAYNE MARYANSKI, : | |
| : | |
| Defendant : | |

### ORDER

Based on the representations in the Joint Motion to Continue Status Conference and Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

ORDERED that the motion is granted; it is further Ordered that the currently scheduled status conference on May 16, 2024, is continued for good cause to August 16, 2024; and it is further

ORDERED that the time between May 16, 2024 and August 16, 2024 shall be excluded from calculation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide counsel sufficient time to continue plea negotiations and review discovery.

THE HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No.: 23-mj-219 |
| : | |
| **JAMES WAYNE MARYANSKI,** : | |
| : | |
| **Defendant.** : | |

## JOINT MOTION TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

Counsel for the defendant, James Wayne Maryanski, and the United States of America hereby move this Court to continue the virtual status conference currently set for May 16, 2024.

Good cause supports this request. Specifically, the parties seek a continuance to allow additional time to produce and review discovery, and to engage in plea negotiations. The parties have worked cooperatively together during the exchange of discovery but require additional time. The parties therefore respectfully requests that the Court continue the May 16, 2024 status conference for a period of approximately 90 days.

Both the defense and the Government move this Court to exclude the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, until the next scheduled status conference, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv), and failure to grant such a continuance would result in a miscarriage of justice. Specifically, the parties require time to exchange discovery, review discovery, and engage in discussions regarding the resolution of this case.

Respectfully submitted,

/s/ Louis R. Busico

Louis R. Busico
133 N. State Street
Newtown, PA   18940
Phone – (215)504-2930
Email – buckstriallawyers@busicolaw.com

*Attorney for Defendant, James Maryanski*


By: /s/ Ashley Akers
ASHLEY AKERS
MO Bar No. 69601
Trial Attorney, Detailee
1100 L Street NW
Washington, DC 20005
Phone: (202) 353-0521
Email: Ashley.Akers@usdoj.gov

*Attorneys for United States of America*