IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 23-MJ-219 |
| v. | : |
| JAMES WAYNE MARYANSKI | : |

### ORDER

AND NOW, this _____ day of _____, 2024, upon consideration of the Defendant's Motion to Modify Conditions of Pretrial Release, it is hereby ORDERED said Motion is GRANTED.

BY THE COURT:

_____
HONORABLE G. MICHAEL HARVEY,
UNITED STATES MAGISTRATE JUDGE

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 23-MJ-219 |
| | : | |
| v. | : | |
| | : | |
| JAMES WAYNE MARYANSKI | : | |

### DEFENDANT'S MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

TO THE HONORABLE G. MICHAEL HARVEY, UNITED STATES MAGISTRATE JUDGE, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA:

AND NOW COMES the Defendant, James Maryanski, by and through his attorney, Louis R. Busico, and respectfully represents the following:

1.  The Defendant, James Maryanski, is fifty-three (53) years of age, having been born on January 13, 1971, in Philadelphia, Pennsylvania;

2.  Mr. Maryanski was born and raised in Philadelphia, Pennsylvania; he is a high school graduate and, upon graduation, served his country in the United States Air Force from October of 1988 through December of 1990. While in the Air Force, he was stationed overseas in the Netherlands.

3.  Upon discharge from the United States Air Force, Mr. Maryanski was gainfully employed by Philadelphia Gas Works, a city utility.

4.  While employed by the gas company, Mr. Maryanski furthered his education by becoming a registered nurse. For twenty-one (21) years, Mr. Maryanski worked as a registered nurse for Corizon Health Service. He was a registered nurse administering

2

healthcare services to inmates in the Philadelphia prison system, as well as the Philadelphia Police Department.

5. James Maryanski is the divorced father of two (2) children, an adult daughter, age twenty-four (24), and a seventeen (17) year old son. Mr. Maryanski's son resides with him, and his daughter resides in a town adjacent to Mr. Maryanski's hometown of Boyertown, Pennsylvania.

6. Heretofore, Mr. Maryanski has not been convicted of a crime.

7. On or about Friday, August 25, 2023, James Maryanski surrendered to the F.B.I. at the Tawanda Pennsylvania State Police Barracks in the Commonwealth of Pennsylvania, as the F.B.I. had recently executed a search warrant at his home and he was advised there was an outstanding warrant for his arrest.

8. On Monday, August 28, 2023, Mr. Maryanski appeared via Zoom before United States Magistrate Judge Pamela Carlos of the United States District Court for the Eastern District of Pennsylvania for the purpose of his Initial Appearance and Detention Hearing. Pursuant to an agreement reached between the United States Department of Justice and counsel herein, Mr. Maryanski was released from custody with certain conditions.

9. On Tuesday, September 5, 2023, Mr. Maryanski appeared via Zoom before United States Magistrate Judge G. Michael Harvey of the United States District Court for the District of Columbia, and Mr. Maryanski at that time was once again advised of the terms and conditions of his release. He also stipulated to probable cause. The conditions of his pretrial release are attached hereto as Exhibit A. Mr. Maryanski is reporting pursuant to a courtesy supervision to Mr. Jeffrey Reber, an Officer of United States Pretrial Services for the United States District Court for the Eastern District of

Pennsylvania. His supervision in the United States District Court for the District of Columbia is under the supervision of Ms. Shania Fennel and her supervisor, Phillippa Bradley.

10. Based on knowledge, information, and belief, as well as speaking to the Pretrial Services officers, Mr. Maryanski has been 100% compliant with the terms and conditions of his release.

11. James Maryanski humbly and respectfully asks this Honorable Court to remove the condition of his pretrial release to the extent that he is "restricted to his residence at all times except for employment, education, religious services, medical, substance abuse or mental health treatment, attorney visits, court appearances, Court Ordered obligations, or other activities approved in advance by the Pretrial Services Office or supervising officer."

12. Mr. Maryanski is not requesting his pretrial bail conditions be modified to the extent that the GPS monitoring device be removed from his person. Rather, he wishes the ability to leave his residence so he may more productively pursue gainful employment, volunteer for local charities, and do construction and repair work at his daughter's house located at 1417 Old Airport Road, Douglassville, Pennsylvania, 19518. His daughter lives approximately two (2) miles from Mr. Maryanski. Mr. Maryanski is in overall good health and wishes to return to being a productive member of society, even if it is on a volunteer basis.

13. Mr. Maryanski is next scheduled for court for the purpose of a status conference on Thursday, May 16, 2024 before the Honorable G. Michael Harvey.

WHEREFORE, for all of the above-stated reasons, it is respectfully requested this Honorable Court issue an order modifying the terms and conditions of James Maryanski's pretrial release.

          Respectfully Submitted,

          *Louis R. Busico*

          Louis R. Busico, Esquire
          *Attorney for Defendant, James Maryanski*

## CERTIFICATE OF SERVICE

I hereby certify the Defendant's Motion to Modify Conditions of Pretrial Release has been served by electronic mail and email on the following:

*Yang_Liu@dcd.uscourts.gov*
*Harvey_Criminal@dcd.uscourts.gov*
Honorable G. Michael Harvey

*Ashley.Akers@usdoj.gov*
Ashley Akers, Assistant U.S. Attorney

*Louis R. Busico*
Louis R. Busico, Esquire
*Attorney for Defendant, James Maryanski*

Date: May 15, 2024