UNITED STATES DISTRICT COURT
FOR THE DISTICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 23-mj-219 |
| JAMES WAYNE MARYANSKI, | : |
| Defendant. | : |

## ORDER

Based upon the representations in the Joint Motion to Continue Status Conference and to Exclude Time under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled status hearing on September 24, 2024, be continued to October 24, 2024, at 1:00 p.m.; and it is further

**ORDERED** that the time between September 24, 2024, and October 24, 2024, shall be excluded from calculation under the Speedy Trial Act. The Court finds that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to continue negotiating a potential pretrial resolution and review discovery.

Date: 9/23/2024

_____
THE HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE